LEWIS, Respondent, vs. PRIEST. and another, Appellants.

*September 11—October 9, 1906.*

*Mortgages: Foreclosure sale: Confirmation: Inadequacy of price:*
*Fraud.*

An order confirming the sale of land upon foreclosure of a mort-
gage is *held* warranted by the proofs, as against the claim of
the mortgagors that the price was grossly inadequate and that
by false representations they were induced not to attempt to
procure the attendance of bidders.

APPEAL from an order of the circuit court for Fond du
Lac county: MICHAEL KIRWAN, Circuit Judge. *Affirmed.*

For the appellants the cause was submitted on the brief of
*J. M. Gooding.*

For the respondent there was a brief by *Williams, Griswold
& Chadbourne,* and the cause was argued orally by *W. A.
Griswold.*

WINSLOW, J.   A detailed statement of the facts of the case
is neither necessary nor desirable.   The appeal is taken from
an order confirming the sale of mortgaged premises upon
foreclosure.   The appellants, who were the mortgagors, op-
posed the motion for confirmation of the sale on the ground
of gross inadequacy of price, and on the further ground that
they were induced not to attempt to procure the attendance
of bidders at the sale by certain false representations made
to them by the respondent, among which was the representa-
tion that he had a purchaser secured who would bid a consid-
erably larger sum than the sum for which the land was finally
sold.   Affidavits tending to show these facts were submitted
by the appellants, and counter affidavits were submitted by
the respondent fully meeting all the charges of fraud and in-
adequacy of consideration.   Upon the proofs thus submitted

the trial court decided the issue in favor of the respondent and confirmed the sale. We cannot say that this decision was unwarranted by the proofs; in fact we are inclined to come to the same conclusion.

*By the Court.*—Order affirmed.